THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWIN W. FISKE, Appellant, *v.* CHARLES C. SCHUM et al., as Inspectors of Election in the Sixth Election District of the Fourth Ward of the City of Mount Vernon, et al., Defendants, and EDWARD F. BRUSH, Respondent.

*People ex rel. Fiske* v. *Schum*, 181 App. Div. ——, affirmed.
(Argued January 28, 1918; decided February 5, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 18, 1918, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus directing the inspectors of election of the sixth election district of the fourth ward of the city of Mount Vernon to correct their return or statement of canvass of the votes of the soldiers, sailors and marines of December 18, 1917, in so far as the said statement returned a vote for " Fiske " which should

have been returned for Edwin W. Fiske. The relator, Edwin W. Fiske, and the respondent, Edward F. Brush, were rival candidates for the office of mayor of the city of Mount Vernon, at the general election held in that city on November 6, 1917. The votes of the soldiers and sailors in said election were canvassed in the several election districts of said city on December 18, 1917. In the sixth election district of the fourth ward of said city the votes of eleven soldiers and sailors were so canvassed. Among such votes was one which had written on it "For Mayor — Fiske." The moving papers alleged that both inspectors of election determined that said vote was intended to be cast for Edwin W. Fiske for mayor, but that through inadvertence said vote for "Fiske" for mayor was not returned for Edwin W. Fiske for mayor but returned independently for "Fiske" for mayor.

*Arthur M. Johnson, Sydney A. Syme* and *Frank A. Bennett* for appellant.

*George H. Taylor, Jr., James H. Cavanaugh* and *J. Henry Esser* for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.